*Form L247* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri–State Paper, Inc.<br>    Debtor(s) | ) <br> ) <br> ) | Case No. 23–13237–pmm <br> Chapter 11 |
| Tri–State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Monika Ramirez<br>Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adversary No. 23–00090–pmm |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before December 20, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before December 26, 2023.

    Address of the clerk

                                            Eastern District of Pennsylvania
                                            900 Market Street
                                            Suite 400
                                            Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

                                            MICHAEL A. CIBIK
                                            Cibik Law, P.C.
                                            1500 Walnut Street
                                            Suite 900
                                            Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                    For The Court

                                                                    Timothy B. McGrath
                                                                    Clerk of Court

Date: November 20, 2023