**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
|     Debtor. | |
| Tri-State Paper, Inc., | Adversary No. 23-00090-pmm |
|     Plaintiff, | |
| v. | |
| Monika Ramirez,<br>John Does #1-2, | |
|     Defendants. | |

### Certificate of Service

    I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service a copy of the second amended complaint was made today by regular, first-class United States mail, postage pre-paid, addressed to:

Monika Ramirez
421 Crane Ave.
Compton, CA 90221

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 12, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com