# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>     Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>     Plaintiff,<br><br>     v.<br><br>Monika Ramirez,<br>John Does #1-2,<br><br>     Defendants. | Adversary No. 23-00090-pmm |

**Praecipe to Issue Subpoena**

To the Clerk of Court:

Please issue subpoenas to John Doe #1 and John Doe #2, who were added as defendants in the Second Amended Complaint. Thank you.

Date: December 12, 2023

CIBIK LAW, P.C.
*Counsel for Plaintiff*
  *Tri-State Paper, Inc.*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    Michael I. Assad (#330937)
    E.J. Gruber (#334339)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com