**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Tri-State Paper, Inc., <br><br> Debtor. | Case No. 23-13237-pmm <br><br> Chapter 11 |
| Tri-State Paper, Inc., <br> Plaintiff, <br><br> v. <br><br> Monika Ramirez, <br> John Does #1-2, <br><br> Defendants. | Adversary No. 23-00090-pmm |

**Order of Dismissal**

**AND NOW**, upon consideration of the Stipulation of Settlement and Dismissal as to Defendant Monika Ramirez (ECF No. 13), it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. All terms of the stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

3. This case is **DISMISSED WITH PREJUDICE** as to Defendant Monika Ramirez.

        Patricia M. Mayer
        U.S. Bankruptcy Judge

CC:    Cibik Law, P.C.
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102

        Monika Ramirez
        421 Crane Ave.
        Compton, CA 90221