**UNITED STATES**
**POSTAL SERVICE**™

PLAINTIFF'S
EXHIBIT

**B**
_____

Date Produced: 01/01/2024

CIBIK LAW, P.C.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8969 0099 9790 1214 6931 60. Our records indicate that this item was delivered on 12/26/2023 at 11:59 a.m. in SCOTTSDALE, AZ 85250. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **5801 N PIMA RD,**
                          **SCOTTSDALE, AZ 85250**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        Attn  Subpoena Processing Earl