**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>           Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>           Plaintiff,<br><br>           v.<br><br>John Does #1-2,<br><br>           Defendants. | Adversary No. 23-00090-pmm |

**Order Granting Plaintiff's Motion to Compel Discovery by**
**Early Warning Services, LLC**

      **AND NOW**, upon consideration of the Plaintiff's Motion to Compel Discovery by Early Warning Services, LLC, and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Within 14 days after the entry of this order, Early Warning Services, LLC must provide the Plaintiff with all documents, information, or objects requested in its subpoena dated December 18, 2023.

3. If the Plaintiff certifies to the Court that Early Warning Services, LLC has failed to comply with this order within the time allowed, the Court will issue an order to show cause why Early Warning Services, LLC should not be held in contempt of court.

Date:

                                                                       Patricia M. Mayer
                                                                       U.S. Bankruptcy Judge

CC:    Early Warning Services, LLC
           Attn: Subpoena Processing
           5801 N Prima Rd
           Scottsdale, AZ 85250-2635