# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
|     Plaintiff. | |
| Tri-State Paper, Inc., | Adversary No. 23-00090-pmm |
|     Plaintiff, | |
| v. | |
| John Does #1-2, | |
|     Defendants. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Plaintiff's Motion to Compel Discovery by Early Warning Services, LLC along with the notice on the following parties by first class mail:

Early Warning Services, LLC
Attn: Subpoena Processing
5801 N Pima Rd
Scottsdale, AZ 85250-2635

Date: January 12, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com