**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>        Plaintiff. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>John Does #1-2,<br><br>        Defendants. | Adversary No. 23-00090-pmm |

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Plaintiff's Motion to Compel Discovery by Early Warning Services, LLC, which was filed with the Court on January 12, 2024, as ECF No. 17. Thank you.

Date: January 22, 2024
                                            CIBIK LAW, P.C.
                                            *Counsel for Plaintiff*

                                            By: /s/ Michael I. Assad
                                                 Michael I. Assad (#330937)
                                                 1500 Walnut Street, Suite 900
                                                 Philadelphia, PA 19102
                                                 215-735-1060
                                                 mail@cibiklaw.com