## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| _____ | : | |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 23-0090 (PMM) |
| | : | |
| v. | : | |
| John Doe #1 and John Doe #2, | | |
| Defendants. | : | |
| | : | |
| _____ | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 17, 2023;

**AND** the only remaining Defendants being John Doe #1 and John Doe #2;

It is hereby **ORDERED** that a status hearing will be held **Wednesday, March 13, 2024 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

Date:  2/21/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**