7332253765 - 1 | 1
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA PA 19102

FIRST CLASS

SHAWN P. GELIN
11748 143RD STREET
JAMAICA NY 11436

RETURN SERVICE REQUESTED

FIRST CLASS PRSRT
US POSTAGE PAID
PERMIT 131
PASCO WA 99302

NIXIE    160    DE 1260    0003/24/24
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 19102351825    *1583-00403-24-40