## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Tri State Paper, Inc.,** | : | **Chapter 11** |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| | : | |
| **Tri State Paper, Inc.,** | : | |
| Plaintiff. | : | Adv. No. 23-0090 (PMM) |
| | : | |
| v. | : | |
| **Monika Ramirez, Shawn P. Gelin, John Doe #1 and John Doe #2** | : | |
| Defendants. | : | |

### ORDER TO SHOW CAUSE

**AND NOW,** this Adversary Proceeding having been filed on November 17, 2023;

AND the Plaintiff having amended the Complaint three (3) times; [1]

AND service of the most recent alias summons not having been timely made, see F.R.C.P. 4(m);

It is hereby ORDERED, that the Plaintiff **SHALL APPEAR** for a hearing on **Wednesday, July 10, 2024 at 9:30 a.m**. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this Adversary Proceeding should not be dismissed for failure to comply with the Federal Rules of Civil Procedure.

**Date:  6/10/24**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Plaintiff did not receive permission to file the Amended Complaints. See F.R.C.P. 15(a).