**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Tri State Paper, Inc.,** | : | **Chapter 11** |
| **Debtor.** | : | **Bky. No. 23-13237 (PMM)** |
| **Tri State Paper, Inc.,** | : | |
| **Plaintiff.** | : | **Adv. No. 23-0090 (PMM)** |
| **v.** | : | |
| **Monika Ramirez, Shawn P. Gelin,** **John Doe #1 and John Doe #2** | : | |
| **Defendants.** | : | |

## ORDER DISMISSING ADVERSARY PROCEEDING

**AND NOW,** a hearing with regard to the Order to Show Cause (doc. #32) having been held and concluded on July 10, 2024;

AND for the reasons stated in the Order to Show Cause and discussed at the hearing, it is hereby ORDERED, that this Adversary Proceeding is hereby **dismissed without prejudice**.

Date:  7/10/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**